# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
RICHARD M. HOFFMAN
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN
MICHAEL A. GORDON

7 TIMES SQUARE

NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100

FACSIMILE (212) 833-1250

WWW.FKLAW.COM

WRITER'S DIRECT DIAL
212-373-1198

WRITER'S DIRECT FAX
212-333-7998

E-MAIL
CCOLORADO@FKLAW.COM

NORMAN ALPERT
ASAF REINDEL
COUNSEL

ROBERT S. LANDY
STEVEN E. FRANKEL
L. REID SKIBELL
DANIEL R. GREENBERG
TIMOTHY M. HAGGERTY
CHRISTOPHER M. COLORADO
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
PEARLINE M. HONG
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
EMILY L. CHANG
ANDREW M. ENGLANDER
CHARLES E. ENLOE
ALEXANDER D. LEVI
ELIZABETH S. LOSEY
SARAH F. FOLEY
JAMUNA D. KELLEY
RAINA L. NORTICK
MICHAEL S. PALMIERI
TANVIR VAHORA
NORA BOJAR
ANDREW C. KOSTIC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2013

**MEMO ENDORSED**

October 16, 2013

**BY ECF AND BY HAND**

The Honorable Thomas P. Griesa
U.S. District Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Morgan Stanley & Co. LLC and Morgan Stanley Capital Group, Inc. v. Amit Gupta*, No. 13 CV 006383 (TPG)

Dear Judge Griesa:

This firm represents Respondent Amit Gupta in the above-referenced matter filed by Morgan Stanley & Co. LLC and Morgan Stanley Capital Group, Inc. (collectively, "Morgan Stanley") in connection with Morgan Stanley's Notice of Petition to Vacate Arbitration Award (the "Petition to Vacate"). As discussed below, we write to respectfully request a ten-page extension, over the twenty-five page limit provided for in the Court's Individual Practices, for Respondent's memorandum of law in opposition to the Petition to Vacate and in support of Respondent's forthcoming Cross-Petition to Confirm the Arbitration Award, to be filed on October 25, 2013.

Morgan Stanley has petitioned this Court to vacate an arbitral award that was the result of a twelve-day arbitration hearing, during which a three-person panel heard the testimony of fourteen witnesses, received into evidence more than 450 exhibits comprising thousands of pages, and in connection with which the parties submitted to the panel more than one-hundred

2873849.1

*Approved*
*Thomas P. Griesa* 10/16/13

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Hon. Thomas P. Griesa                                          October 16, 2013

and fifty pages of pre-hearing and post-hearing briefing. In order to oppose the Petition to Vacate and support Respondent's own Petition to confirm, Respondent's memorandum of law must address this substantial factual record, including the various bases in that record for the panel's arbitral award. We believe that the additional ten pages are necessary to fully and fairly address the considerable evidence that was before the panel as well to address the multiple arguments made by in Morgan Stanley's opening brief.

    Counsel for Morgan Stanley has consented to this request.[1]  We have made no prior application for this type of relief.

            Respectfully,

            Christopher M. Colorado

cc: Nicholas J. Calamari (by e-mail)

---

[1] We have advised counsel for Morgan Stanley that, should they request from the Court an enlargement of the page limit for their Reply in Support of the Petition to Vacate and in Opposition to Respondent's Cross-Petition Confirm, we would have no objection to a similar ten-page enlargement.

2873849.1